UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHONDEL LARKIN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>D. DAVEY,<br><br>　　　　Respondent. | No. 2:14-cv-2497 TLN GGH<br><br><br><br>ORDER |

On June 24, 2015, petitioner filed a motion for appointment of counsel on appeal. ECF No. 25. On the same day, petitioner filed a notice of appeal. ECF No. 24. Petitioner's notice of appeal was processed to the Ninth Circuit Court of Appeals on July 2, 2015. ECF No. 26. Because this Court no longer maintains jurisdiction over the action, Petitioner's request should be addressed to the Ninth Circuit Court of Appeals.

Accordingly, IT IS HEREBY ORDERED that petitioner's motion for appointment of counsel, ECF No. 25, is denied without prejudice to its being renewed in the Court of Appeals.

Dated: July 10, 2015

　　　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

GGH17/ lark2497.cnsl.app

1